IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

MARK HEIN, DEBRA HEIN
and NICK HEIN,

    Plaintiffs,

vs.

DEERE & COMPANY,

    Defendant.

No. C11-0113

ORDER OF CASE SETTLEMENT
AND CANCELLING FINAL
PRETRIAL CONFERENCE AND
SETTLEMENT CONFERENCE

---

The Court is advised that this case has settled. The parties are required to comply with Local Rule 41.c.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Clerk of Court may, for internal statistical purposes, immediately close this case.

2. Within thirty (30) days after the entry of this Order, the parties must file such documents as are required to terminate this action. If the parties fail to do so, the Clerk of Court may, after giving the parties the notice prescribed in Local Rule 41.d, enter an order dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Final Pretrial Conference and Settlement Conference previously scheduled for April 25, 2014 are hereby **CANCELLED**.

DATED this 4th day of April, 2014.

*[signature]*
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA