IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MARK HEIN, DEBRA HEIN and NICK HEIN,<br><br>Plaintiffs,<br><br>v.<br><br>DEERE & COMPANY,<br><br>Defendant. | No. 1:11-cv-00113 EJM<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**COME NOW** the parties by their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and hereby stipulate to dismissal of the above-captioned lawsuit with prejudice.

_/s/ Stephen J. Holtman_
Stephen J. Holtman
Brian J. Fagan
SIMMONS PERRINE MOYER BERGMAN
115 3rd Street S.E., Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
E-mail: sholtman@simmonsperrine.com
bfagan@simmonsperrine.com

**ATTORNEYS FOR PLAINTIFF**

_/s/ Richard J. Sapp_
Richard J. Sapp
Jess W. Vilsack
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
E-Mail: rjs@nyemaster.com
jvilsack@nyemaster.com

**ATTORNEYS FOR DEFENDANT DEERE & COMPANY**